# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2024

## NO. 03-23-00258-CV

**Casey Lee Mamoe, Appellant**

**v.**

**Ynocencia Leilany Mamoe, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the agreed final decree of divorce signed by the trial court on March 30, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's agreed final divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.